BERT C. SELLEN, Respondent, v. JAMES A. ALLSOP, Individually and as Executor, etc., of EMMA A. CURRIE, Deceased, and Another, Appellants.— Order affirmed,

with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.